Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20484−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmelo Rivera
   1451 Hollinshed Ave.
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4302

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 29, 2019
JAN: ml

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                      Case No. 18-20484-ABA
Carmelo Rivera                                                              Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Apr 29, 2019
                               Form ID: 148                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             +Carmelo Rivera,    1451 Hollinshed Ave.,    Pennsauken, NJ 08110-3524
cr             +HOME POINT FINANCIAL,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
517549146      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517549149       CITY SELECT AUTO SALES,    4375a RT 130 S,   Burlington, NJ 08016
517626820       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517809227      +EVELYN RIVERA,    5548 WHITMAN TERRACE,    PENNSAUKEN, NJ 08109-2144
517771358       EVELYN RIVERA C/O,    CAMDEN COUNTY PROBATION DEPT.,    1112 UNION AVE.,   CHERRY HILL, NJ 08002
517549150      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517549151      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517549153      +HOME POINT FINANCIAL CORPORATION,    Nmls#7706 9 ENTIN RD ST,    Parsippany, NJ 07054-5000
517748344      +Home Point Financial Corporation,    PO Box 790309,    St.Louis, MO 63179-0309
517680481      +Home Point Financial Corporation,    11511 Luna Road Ste 300,    Farmers Branch, TX 75234-6451
517549155       JOLESA RIVERA,    C/O CAMDEN COUNTY PROBATION DEPT.,    1112 UNION AVE.,   Cherry Hill, NJ 08002
517549156      +KML LAW GROUP, PC,    216 HADDON AVE. SUITE 406,    Collingswood, NJ 08108-2812
517771360      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NEW JERSEY DIVISION OF TAXATION,      COMPLIANCE AND ENFORCEMENT,
                 BANKRUPTCY UNIT,    PO BOX 245,    50 BARRACK ST, 9TH FLOOR,    TRANTON, NJ 08695-0267)
517549159      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517549147      +EDI: CAPITALONE.COM Apr 30 2019 03:48:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517549148      +EDI: MERRICKBANK.COM Apr 30 2019 03:48:00      Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517658132      +EDI: AIS.COM Apr 30 2019 03:48:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517549152      +EDI: AMINFOFP.COM Apr 30 2019 03:48:00      First Premier Bank,   Po Box 5524,
                 Sioux Falls, SD 57117-5524
517771359       EDI: IRS.COM Apr 30 2019 03:48:00      INTERNAL REVENUE SERVICE,   PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
517549154       EDI: JEFFERSONCAP.COM Apr 30 2019 03:48:00      Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
517656980       EDI: RESURGENT.COM Apr 30 2019 03:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517549157      +EDI: RESURGENT.COM Apr 30 2019 03:48:00      LVNV Funding/Resurgent Capital,   Po Box 10497,
                 Greenville, SC 29603-0497
517549158      +EDI: VERIZONCOMB.COM Apr 30 2019 03:48:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
517655867      +EDI: AIS.COM Apr 30 2019 03:48:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517830048*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 29, 2019
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Daniel   McCormack    on behalf of Debtor Carmelo   Rivera d.mccormacklaw@verizon.net
          Denise E. Carlon    on behalf of Creditor    Home Point Financial Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Home Point Financial Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7
```